United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MAIRIYIS TANIA CEDENO DIAZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01848** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On October 19, 2026, Respondents informed the Court that Petitioner was scheduled to be removed within five days of the filing of the Advisory. (Dkt. 10.) Respondents are ORDERED to submit an advisory **on or before November 6, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 3, 2026.

Diana Saldaña
United States District Judge